EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JENNIFER L. WILLIAMS (Cal. Bar No. 268782)
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-5862/2091
     Facsimile:     (213) 894-6436
     E-mail:   jennifer.williams6@usdoj.gov
               mack.jenkins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-69-BRO |
|---|---|
| Plaintiff, | GOVERNMENT'S STATEMENT OF ELECTION REGARDING RETRIAL OF DEFENDANTS ON COUNT TWO |
| v. | |
| JOEY AGUIAR and MARIANO RAMIREZ, | |
| Defendants. | |

**I.  Introduction**

On February 2, 2016, after returning verdicts on Counts One, Three, and Four, the jury informed the Court that they had deadlocked on Count Two with 10 jurors voting to convict defendants Joey Aguiar and Mariano Ramirez.  On February 3, 2016, the Court ordered the government to file its statement of election with respect to whether it would seek to retry defendants on Count Two: Deprivation of Rights Under Color of Law.  (Clerk's Record 286.)  The Court advanced the government's deadline to make the retrial determination to Friday, February 5, 2016, at 4:00 p.m.

**II.  STATEMENT**

   **A.   DECISION TO RETRY**

The government intends to retry defendants Aguiar and Ramirez on Count Two and will be prepared for trial.

Dated: February 4, 2016                 Respectfully submitted,

                                        EILEEN M. DECKER
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                               /s/
                                        ─────────────────────────
                                        JENNIFER L. WILLIAMS
                                        MACK E. JENKINS
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA