UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-00069 BRO | | Date | February 10, 2016 |
|---|---|---|---|---|

| Present: The Honorable | **BEVERLY REID O'CONNELL, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Myra Ponce | Jennifer Leigh Williams, AUSA<br>Mack Jenkins, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Joey Aguiar | √ | | √ | 1) Evan A. Jenness | √ | | √ |
| 2) Mariano Ramirez | √ | | √ | 2) Vicki I. Podberesky | √ | | √ |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Hearing held. Defendant and counsel are present. Court and counsel confer regarding the AGREEMENT REGARDING WAIVER OF APPEAL AND POST-TRIAL MOTIONS RELATING TO COUNTS THREE AND FOUR IN EXCHANGE FOR DISMISSAL OF COUNT TWO AND STIPULATION OF GUIDELINE FACTORS, docket no. 290, filed on February 9, 2016. The Court addresses each defendant individually as stated on the record as to the agreement.

Government's Motion to Dismiss Count 2 as to each defendant is GRANTED.

The Jury Trial set for February 16, 2016 is VACATED. All other dates are VACATED.

The sentencing hearing, as to both defendants, remains set for April 25, 2016 at 9:00 a.m.

All position papers are due on or before April 18, 2016.

IT IS SO ORDERED.

|  | 00 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | rf | | |